Lyman R. Lundy and John L. Butler d/b/a Lundy, Butler & Lundy, Plaintiffs-Appellees, v. Hazel R. Messer, et al., Defendants.
On Appeal of Hazel R. Messer.

Gen. No. 11,523. 

Second District, Second Division.
November 6, 1961.
Rehearing denied November 30, 1961.

John R. Snively, of Rockford, for appellant; Reno, Zahm, Folgate & Skolrood, of Rockford, for appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.